ACCEPTED
11-18-00063-CV
ELEVENTH COURT OF APPEALS
EASTLAND, TEXAS
3/5/2018 9:33 AM
SHERRY WILLIAMSON
CLERK

Cause 11–18-00063-CV

In the

FILED IN
11th COURT OF APPEALS
EASTLAND, TEXAS
3/5/18 9:33:32 AM
SHERRY WILLIAMSON
Clerk

# Eleventh District Court of Appeals

Eastland, Texas

**Lee Ann Colbert,**

*Appellant,*

**v.**

**Brad Smith and Haley Smith, Individually
and d/b/a
Smith Family Funeral Home,**

*Appellees.*

*From Cause No. 12258
In the 39th District Court, Haskell County, Texas
Jerry Shane Hadaway, Presiding Judge*

**NOTICE OF APPEARANCE
AND
DESIGNATION OF LEAD COUNSEL**

TO THE COURT OF APPEALS:

By this filing, which is the first document filed in this Court on behalf of the

appellees, Brad Smith and Haley Smith, Individually and d/b/a Smith Family Funeral

Home (collectively called "Smith" or the "funeral home"), Gary Bellair enters his

appearance and designates himself as the lead appellate counsel for the funeral home under the authority of Texas Rule of Appellate 6.1(b).

CRAIG, TERRILL, HALE & GRANTHAM, L.L.P.
9816 Slide Rd., Suite 201
Lubbock, Texas  79424
Telephone:   (806) 744-3232
Facsimile:   (806) 744-2211

By:  /s/ Gary Bellair
   GARY BELLAIR       SBN 02104000
     gbellair@cthglawfirm.com
   H. GRADY TERRILL     SBN 19792300
     gradyt@cthglawfirm.com
   TYSCOTT HAMM     SBN 24053946
     thamm@cthglawfirm.com

ATTORNEYS FOR BRAD SMITH AND
     HALEY SMITH, INVIDUALLY AND D/B/A
     SMITH FAMILY FUNERAL HOME

## CERTIFICATE OF SERVICE

On 5 March 2018, the undersigned electronically served this document, by and through the electronic–filing manager, on the following attorney whose email address is on file with said manager:

Bart Behr
  bart@behrlawfirm.com
Behr Law Firm
13501 Ranch Rd. 12, Ste. 108
Wimberly, TX 78676

Attorney for Lee Ann Colbert

  /s/ Gary Bellair
     *Of the Firm*